IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. BANK NAT'L ASS'N,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYNN WOODHAM AND ALL<br>OCCUPANTS OF 3426 WINDRIDGE<br>DRIVE GARLAND, TEXAS 75043,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     3:13-cv-00618-P-BK |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**IT IS SO ORDERED.**

Signed this 28th day of May, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE